**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARQUELIA VEGA,

                              Plaintiff,                    19 **CIVIL** 6963 (ER)

            -against-                         **JUDGMENT**

DEPARTMENT OF EDUCATION,

                              Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2020, the DOE's motion to dismiss is granted and leave to amend is denied. Furthermore, Because Vega has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith; therefore, in forma pauperis status is denied for purposes of appeal; accordingly, the case is closed.

**DATED:** New York, New York
              November 16, 2020

                                                                  **RUBY J. KRAJICK**
                                                                 _____
                                                                   **Clerk of Court**
                                         **BY:** _____
                                                                   **Deputy Clerk**